*12-19-2014 | Pg
66,195-0,02, |Pg

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

*To: Austin, Texas Court of Criminal Appeals Clerk —
Abel Acosta ———

Hello, I am really needing to if possible check and see on record, exactly how many times, since my first that I know of time, to ever have my case reviewed by the Austin, Texas Court of Criminal Appeals Judges Panel; which was wrongly denied back in 2007 on Wednesday ❧ July 25, 2007, * now I need to know how many times has my case been [reviewed and denied [reviewed and looked at by the Judges Panel at the Austin, Texas Court of Criminal Appeals. * Mr. Acosta, I have never, but for some reason have never * been sent any paperwork- letter in the mail;* but only that one time back in 2007 on [7-25-2007], and * by state law I am supposed to be sent a [notification letter by the Austin, Texas Judges Panel] [that reviewed] my [2 case appeal - 11:07 Appelit [Writ of Habeas Corpus] * but only have one time now. —

* Mr. Acosta, can you please help to look and find out for me when ❧ my * last time was that the State Appeals Judges Panel at the Austin, Court of Criminal Appeals has reviewed my [2 case - 11:07 Writ of Habeas Corpus] and * my entire Appelite Brief Folder and then * please write me back and [tell me when that was] and * tell me how many times]; and [on what specific dates];* plus [can you please arrange to have copies of every time; since 2007's Court of Criminal Appeals ❧ Denial [all of the paperworks - decisions and comments made by the Judges Panel for each Appeal Review * made [Copies of]; and * please mail - [send them to me, along with * [[2] new 11:07 Writ of Habeas Corpus Copies], * so that I can install a more recent - updated [11:07.] * also - mr. acosta, I need
Pg 2] to know

[CONTINUED from Page 1]: and I do need for you to please tell me if it is possible to write the Head Judge on the Panel of Judges that reviewed my last - most recent appeal; and are all of those Judges still assigned to that same Court Room and Panel of Judges; and [what are [all] of those Judges names and who - what is the name of the Head Judge on the Panel] that I can write to, in order be able to ask a couple of questions, and point out perhaps some some information that he did [NOT] fully understand, and that was possibly the reason why he gave me the Appeal Denial. * Please do tell me if it is mandatory, that the Judges Panel, are supposed to; by Texas-State Law, actually - do have to [send] an inmate in TDCJ-State Prison, a letter of reasons and Summary Explaination Report; when his Panel of Judges denies an inmates Appeal. * I am 100 percent sure that they are supposed to have to do so. * I would very much appreciate all of your help, with helping me with [all] of my requests. * Please write me back and [send] me in the mail; all of my requested paperwork, that I do really need to get. * Again, thank you for your time, and have a Merry Christmas and Happy New Year 2014-2015! * Take care for now. * Thank You. :-)

* My Adress
Scott Houchins #1174963
Bill Clements Unit - Ad Seg Unit - E-21 cell
9601 Spur 591
Amarillo, Texas 79107-9606